UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BUCHANAN, | No. 2:24-cv-01632-SCR P |
| Petitioner, | |
| v. | ORDER |
| MARTIN GAMBOA, | |
| Respondent. | |

Petitioner, a state prisoner, proceeds through counsel and seeks habeas corpus relief under 28 U.S.C. § 2254. On August 15, 2024, respondent filed a notice of request to seal documents, seeking to file "three volumes of confidential clerk's transcripts" under seal on the ground that counsel for petitioner does not oppose filing the transcripts under seal. (ECF No. 11.) The request to seal documents does not comply with Local Rule 141, which requires such a request to set forth "the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the document, and all relevant information." Local Rule 141(b).

There is a "strong presumption in favor of access to court records[.]" Center for Auto Safety v. Chrysler Group, LLC, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003)). Mere agreement by the parties that documents shall be filed under seal does not adequately support a request to seal documents. See generally Anderson v. Marsh, 312 F.R.D. 584, 594 (E.D. Cal. 2015).

Respondent may resubmit the request in accordance with Local Rule 141 and case law concerning sealing. In accordance with the above, IT IS HEREBY ORDERED that respondent's request to seal documents (ECF No. 11) is denied without prejudice.

Within 21 days of the date of this order, respondent shall either file the full clerk's transcripts on the public docket or seek to renew the request to seal in accordance with Local Rule 141.

DATED: September 6, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE