UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BUCHANAN,<br><br>Petitioner,<br><br>v.<br><br>MARTIN GAMBOA,<br><br>Respondent. | No. 2:24-cv-01632-SCR<br><br>ORDER |

Petitioner, a state inmate, proceeds through counsel and seeks habeas corpus relief under 28 U.S.C. § 2254. Respondent filed a renewed, unopposed request to seal pages of the three-volume clerk's transcript. (ECF No. 14.) Respondent seeks to seal pages of the clerk's transcript that were sealed in state court and which appear to contain personal information subject to protection from public inspection under Federal Rule of Civil Procedure 5.2. The three-volume clerk's transcripts have already been lodged electronically on the docket with the pages requested to be sealed redacted.[1] (See ECF No. 9.) The court grants the request to file under seal the pages of the clerk's transcript that were sealed by the state court.

---

[1] Respondent's notice of request to seal identified the pages to be sealed as pages 19-29, 41, 43-45, 405-09, 441-45, 488-89, 616-40, and 645-47 of the three-volume clerk's transcripts. (ECF No. 14.) However, based on review of the three-volume clerk's transcript at issue and the pages to be sealed which were submitted to the court, the court finds the pages sealed in state court are the following: 10-29, 41, 43-45, 405-09, 441-45, 488-89, 610-40, and 645-47 of the three-volume clerk's transcripts.

1   For the reasons set forth above, IT IS HEREBY ORDERED that respondent's renewed,
2  unopposed request to seal portions of petitioner's state court transcripts (ECF No. 14) is granted
3  and the Clerk shall file the redacted pages 10-29, 41, 43-45, 405-09, 441-45, 488-89, 610-40, and
4  645-47 of the three-volume clerk's transcript under seal in the present action.
5  DATED: September 24, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE